UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ARMESTED FRANKLIN, et al. | CIVIL ACTION NO. 07-1011 |
| VERSUS | U. S. DISTRICT JUDGE DEE D. DRELL |
| CITY OF ALEXANDRIA | U. S. MAGISTRATE JUDGE JAMES D. KIRK |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are, in part, correct under the applicable law;

**IT IS ORDERED** that the Motion to Remand, **Doc. #5**, is DENIED.

**IT IS FURTHER ORDERED** that the recommendation for consolidation with *City of Alexandria v. CLECO*, docket number 05-1121, is not, at present, adopted.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 15th day of October 2007.

Dee D. Drell
United States District Judge