

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| CITY OF ALEXANDRIA | CIVIL DOCKET NO. 1:05-cv-1121 |
|---|---|
| -vs- | JUDGE DRELL |
| CLECO CORPORATION, et al. | MAGISTRATE JUDGE KIRK |
| *-and-* | |
| ARMESTED FRANKLIN, et al. | CIVIL DOCKET NO. 1:07-cv-1011 |
| -vs- | JUDGE DRELL |
| CITY OF ALEXANDRIA | MAGISTRATE JUDGE KIRK |

## O R D E R

The motion (Doc. No. 24) to partially consolidate this case with Docket No. 05-1121 is DENIED. These cases are at radically different stages of development and are not compatible for consolidation. Should any single issue actually become a common issue ripe for adjudication under the following section of this Order, the parties may seek further action under Fed. R. Civ. P. 42(a)(1).

The additional motion for a protective order contained in Doc. No. 24 is GRANTED IN PART. Specifically, assuming that there is a completed settlement between the City of Alexandria and CLECO in Suit No. 05-1121, the City must