RECEIVED
USDC WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 6/9/09
BY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **ARMESTED FRANKLIN, et al.** | **CIVIL ACTION NO. 1:07-cv-01011** |
| -vs- | **JUDGE DRELL** |
| **CITY OF ALEXANDRIA** | **MAGISTRATE JUDGE KIRK** |

## R U L I N G

Before the Court is the Motion for Partial Judgment on the Pleadings filed by Defendant, City of Alexandria. (Document No. 41.) Plaintiffs have filed no opposition. Indeed, at the status conference held in Chambers on May 20, 2009, counsel for Plaintiffs conceded that their claims under Louisiana's antitrust laws are no longer viable.

Upon review of the record, and for the reasons set forth in Defendant's motion and memorandum in support thereof, the Court agrees with the parties and finds the motion to be well taken. Therefore, Defendant's Motion for Partial Judgment on the Pleadings (Document No. 41) will be granted, and Plaintiffs' state law antitrust claims will be dismissed.

SIGNED on this 8th day of June, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE