RECEIVED
APR - 4 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ARMESTED FRANKLIN, et al | CIVIL ACTION NO. 07-1011 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| CITY OF ALEXANDRIA | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that, because the original and first supplemental and amending complaints have failed to state a claim upon which relief can be granted, the motion to dismiss, doc. #127, is **DENIED** and the motion to amend, doc. #134 is **GRANTED**.

**IT IS FURTHER ORDERED** that the issue whether the third amending complaint states a claim upon which relief can be granted shall await the filing of an appropriate motion and the opportunity of the parties to fully brief the issues.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _4th_ day of _April_, 2012.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**